UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CIVIL ACTION NO. 13-27-HRW

HERMAN PAGE, PETITIONER,

v. **ORDER**

J.C. HOLLAND, Warden, RESPONDENT.

This matter is before the Court upon Herman Page's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 [Docket No. 1]. The matter was submitted to United States Magistrate J. Gregory Wehrman for Report and Recommendation.

Magistrate Judge Wehrman recommends that the Petition for Writ of Habeas Corpus be denied [Docket No. 2].

Petitioner has not filed objections to the report and recommendation and the time for doing so has passed. After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion. Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED**,

    (1)    that the Magistrate Judge's Report and Recommendation [Docket No. 2] is hereby **APPROVED** and **ADOPTED** as and for the Court's

opinion; and

(2)     that this action be **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket of this Court.

This 23rd day of July, 2013.



Signed By:
Henry R. Wilhoit, Jr.
United States District Judge